```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01924
    MILTON BELL
    VELMA F BELL                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-4719      SSN XXX-XX-2871

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 02/06/2007 and was not confirmed.

       The case was dismissed without confirmation 07/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

ALVERNO RECBLES            UNSECURED        NOT FILED            .00           .00
CAB SERVICES               UNSECURED        NOT FILED            .00           .00
CB USA INC                 UNSECURED          4130.91            .00           .00
CITY OF CHICAGO HEIGHTS    SECURED               .00             .00           .00
COAST 2 COAST FINANCIAL    UNSECURED           140.59            .00           .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED            .00           .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI   UNSECURED        NOT FILED            .00           .00
CREDTRS COLL               UNSECURED          2950.48            .00           .00
CREDITORS DISCOUNT & AUD   UNSECURED           539.00            .00           .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED            .00           .00
FORD MOTOR CREDIT CORPOR   SECURED VEHIC      296.00             .00        296.00
FIRST PREMIER BANK         NOTICE ONLY      NOT FILED            .00           .00
IC SYSTEM                  UNSECURED        NOT FILED            .00           .00
IC SYSTEM                  UNSECURED        NOT FILED            .00           .00
MEDICAL COLLECTION         UNSECURED        NOT FILED            .00           .00
MIDWESTERN AUDIT SERVICE   UNSECURED        NOT FILED            .00           .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG        .00             .00           .00
MUTUAL HOSPITAL SERVICES   UNSECURED        NOT FILED            .00           .00
NICOR GAS                  UNSECURED          6386.05            .00           .00
PATRICIA M FENNELL         NOTICE ONLY      NOT FILED            .00           .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED            .00           .00
RMI/MCSI                   UNSECURED        NOT FILED            .00           .00
SECRETARY OF STATE         NOTICE ONLY      NOT FILED            .00           .00
ST JAMES MUTUAL HOSPITAL   UNSECURED          1557.87            .00           .00
VALOR INS CO               UNSECURED        NOT FILED            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           146.00            .00           .00
CITY OF CHICAGO HEIGHTS    UNSECURED        NOT FILED            .00           .00
MORTGAGE LENDERS NETWORK   UNSECURED        NOT FILED            .00           .00
IRA T NEVEL                NOTICE ONLY      NOT FILED            .00           .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    22000.00             .00           .00
WILSHIRE CREDIT CORP       NOTICE ONLY      NOT FILED            .00           .00
ALVERNO RECBLES            UNSECURED        NOT FILED            .00           .00
CB USA INC                 UNSECURED        NOT FILED            .00           .00
IC SYSTEM                  UNSECURED        NOT FILED            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01924 MILTON BELL & VELMA F BELL
```

```
MEDICAL COLLECTION         UNSECURED        NOT FILED            .00                .00
RMI/MCSI                   UNSECURED         2057.97             .00                .00
RMI/MCSI                   UNSECURED        NOT FILED            .00                .00
RMI/MCSI                   UNSECURED        NOT FILED            .00                .00
RMI/MCSI                   UNSECURED        NOT FILED            .00                .00
ST JAMES HOSPITAL & HEAL   UNSECURED        NOT FILED            .00                .00
ST JAMES HOSPITAL          UNSECURED        14437.94             .00                .00
ST JAMES HOSPITAL & HEAL   UNSECURED        NOT FILED            .00                .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          606.06             .00                .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         3049.13             .00                .00
GE MONEY BANK              UNSECURED         1177.00             .00                .00
DANIEL J WINTER            DEBTOR ATTY      1,988.12                            1,557.88
TOM VAUGHN                 TRUSTEE                                                134.24
DEBTOR REFUND              REFUND                                                    .00

       Summary of Receipts and Disbursements:
     -------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
     -------------------------------------------------------------------------
TRUSTEE                     1,988.12

PRIORITY                                              .00
SECURED                                            296.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,557.88
TRUSTEE COMPENSATION                               134.24
DEBTOR REFUND                                         .00
                           --------------    --------------
TOTALS                      1,988.12             1,988.12
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 10/23/07          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 01924 MILTON BELL & VELMA F BELL